UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CORBIS CORPORATION,
a Nevada corporation,

                Plaintiff,

    v.

ZACK PRODUCTS CORPORATION,
a Pennsylvania corporation,

                Defendant.

-----------------------------------------------------------x

No. 07 Civ. _____

**RULE 7.1 DISCLOSURE
STATEMENT**

**ECF CASE**

RECEIVED SEP 28 2007 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE CHIN

07 CIV 8425

       Plaintiff Corbis Corporation ("Corbis") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:  Corbis Holdings, Inc. is the parent corporation of Corbis.  No publicly held corporation owns 10% or more of Corbis stock.

Dated:  New York, New York
        September 28, 2007

COVINGTON & BURLING LLP


By:_____
           Matthew J. Watkins

620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 841-1000
Facsimile:  (212) 841-1010

Attorneys for Plaintiff
CORBIS CORPORATION

*Of Counsel:*

COVINGTON & BURLING LLP
Simon J. Frankel
One Front Street, 35th Floor
San Francisco, California  94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORBIS CORPORATION,
a Nevada corporation,

Plaintiff,

-against-

ZACK PRODUCTS CORPORATION,
a Pennsylvania corporation,

Defendant.

CASE NUMBER

RULE 7.1 DISCLOSURE STATEMENT

COVINGTON & BURLING LLP

620 EIGHTH AVENUE
NEW YORK, NY 10018
TEL 212.841.1000

ATTORNEYS FOR

CORBIS CORPORATION