UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
CORBIS CORPORATION,                         :
a Nevada corporation,                       :
                                            :
                    Plaintiff,              :
                                            :
          v.                                :     No. 07 Civ. 8425 (DC)(FM)
                                            :
ZACK PRODUCTS CORPORATION,                  :
a Pennsylvania corporation,                 :     **NOTICE OF ERRATA**
                                            :
                    Defendant.              :     **ECF CASE**
---------------------------------------------------x

        Plaintiff Corbis Corporation submits this notice of errata to correct a clerical error in its Complaint. The signature block on page seven of the Complaint identifies Covington & Burling LLP as "Attorneys for Plaintiff Zack Products Corporation." Covington & Burling LLP is counsel to Plaintiff Corbis Corporation.

Dated:  New York, New York          COVINGTON & BURLING LLP
        October 2, 2007


                                              By:   S/Matthew J. Watkins

                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, New York  10018
                                        Telephone:  (212) 841-1000
                                        Facsimile:   (212) 841-1010

                                          Attorneys for Plaintiff
                                          CORBIS CORPORATION

*Of Counsel:*

    COVINGTON & BURLING LLP
    Simon J. Frankel
    One Front Street, 35th Floor
    San Francisco, California  94111
      Telephone:  (415) 591-6000
      Facsimile:   (415) 591-6091