**CERTIFICATE OF SERVICE**

I, Matthew J. Watkins, an attorney, hereby certify that I caused a true and correct copy of the Notice of Errata to be served by first class mail on:

>Dennis M. Carleton, Esq.
>Fox Rothschild LLP
>625 Liberty Avenue
>29th Floor
>Pittsburgh PA 15222
>
>Attorneys for Defendant
>Zack Products Corporation

this 2nd day of October 2007.

>S/ Matthew J. Watkins
>
>The New York Times Building
>620 Eighth Avenue
>New York, New York  10018
>Telephone:    (212) 841-1000
>Facsimile:    (212) 841-1010
>
>Attorneys for Plaintiff
>CORBIS CORPORATION