| MATTHEW J. WATKINS<br>COVINGTON & BURLINGTON LLP<br>620 EIGHTH AVENUE<br>NEW YORK, NEW YORK 10018<br>Telephone: (212) 841-1000<br>Facsimile: (212) 841-1010<br>Attorney(s) for: PLAINTIFF, ZACK PRODUCTS<br>CORPORATION<br>Reference: 3001402 | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| CORBIS CORPORATION, a Nevada corporation<br>         Plaintiff(s) | CASE NUMBER: 07 CIV 8425 |
| v.<br>ZACK PRODUCTS CORPORATION,<br>a Pennsylvania corporation<br>         Defendant(s) | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
     in a civil action                    ☐ second amended complaint
                             ☐ third amended complaint
     ☒ other *(specify)*: RULE 7.1 DISCLOSURE STATEMENT ECF CASE; NATURE OF SUIT

2. Person served:
   a. ☒ Defendant *(name)*: ZACK PRODUCTS CORPORATION
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: DENNIS CARLETON, ESQ., FOX ROTHCHILD, LLP
   c. ☒ Address Where papers were served: 625 LIBERTY AVENUE, 29TH FLOOR, PITTSBURGH, PA 15222

3. Manner of service in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in item 2:

   a. ☒ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

     1. ☒ Papers were served on *(date)*:   OCTOBER 1, 2007    at *(time)*:    4:18PM

   b. ☐ By Substituted service. By leaving copies:

     1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

     2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

     3. ☐ Papers were served on *(date)*: _____    at *(time)*: _____

     4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

     5. ☐ papers were mailed on (date): _____

     6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

                                                    1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____      at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attached signed return receipt of other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

| | |
|---|---|
| RICHARD AMEMNT/#99/ALLEGHENY COUNTY<br>c/o NATIONWIDE LEGAL, INC.<br>1255 POST STREET, SUITE #500<br>SAN FRANCISCO, CA 94109<br>(415) 351-0400 | a. Fee for service: $<br><br>b. ☐ Not a Registered California Process Server<br><br>c. ☐ Exempt from registration under B&P 2235(b)<br><br>d. ☒ Registered California Process Server |

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: OCTOBER 1, 2007

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__  District of  __New York__

CORBIS CORPORATION,
a Nevada corporation,

V.

ZACK PRODUCTS CORPORATION,
a Pennsylvania corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8425

JUDGE CHIN

TO: (Name and address of Defendant)

Zack Products Corporation
1008 Glencoe Avenue
Pittsburgh, PA 15220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Watkins
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel. (212) 841-1000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  /s/ Marcos Quintero

DATE  SEP 28 2007

(By) DEPUTY CLERK