CN~15

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07
```

-----------------------------------------x
CORBIS CORPORATION,                      :
a Nevada corporation,                    :
                                         :
            Plaintiff,                   :
                                         :
      v.                                 :    No. 07 Civ. 8425 (DC) (FM)
                                         :
ZACK PRODUCTS CORPORATION,               :    **NOTICE OF DISMISSAL**
a Pennsylvania corporation,              :
                                         :
            Defendant.                   :    **ECF CASE**
-----------------------------------------x

    PLEASE TAKE NOTICE that Plaintiff Corbis Corporation hereby dismisses this action with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, by filing this Notice of Dismissal prior to the service of an answer or motion for summary judgment by this defendant.

Dated: New York, New York
       November 13, 2007                    COVINGTON & BURLING LLP

                                                   By: _Matthew J. Watkins_
                                                       Matthew J. Watkins

                                            620 Eighth Avenue
                                            New York, New York 10018
                                            Telephone: (212) 841-1000
                                            Facsimile: (212) 841-1010

                                            Attorneys for Plaintiff
                                            CORBIS CORPORATION

*Of Counsel:*

COVINGTON & BURLING LLP
Simon J. Frankel
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

-1-

TO:

Dennis Carleton, Esq.
FOX ROTHCHILD, LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222

Attorneys for Defendant
ZACK PRODUCTS CORPORATION

SO ORDERED: _____
                               U.S.D.J.

11/14/07

CASE NUMBER

07 Civ. 8425

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORBIS CORPORATION,
a Nevada corporation,

Plaintiff,

-against-

ZACK PRODUCTS CORPORATION,
a Pennsylvania corporation,

Defendant.

NOTICE OF DISMISSAL

COVINGTON & BURLING LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018
TEL 212.841.1000

ATTORNEYS FOR

CORBIS CORPORATION

## CERTIFICATE OF SERVICE

I, Matthew J. Watkins, an attorney, hereby certify that I caused a true and correct copy of the Notice of Dismissal to be served by first class mail on:

> Dennis M. Carleton, Esq.
> Fox Rothschild LLP
> 625 Liberty Avenue, 29th Floor
> Pittsburgh PA 15222
>
> Attorneys for Defendant
> ZACK PRODUCTS CORPORATION

this 13th day of November 2007.

> *Matthew J. Watkins* (signature)
>
> Matthew J. Watkins
> COVINGTON & BURLING LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York 10018
> Telephone:   (212) 841-1000
> Facsimile:    (212) 841-1010
>
> Attorneys for Plaintiff
> CORBIS CORPORATION